

**NUMBER 13-12-00452-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**TEXAS ASSOCIATION OF WOMEN'S CLUBS,**                       **Appellant,**

**v.**

**HOWARD CONSTRUCTION CO.,**                                    **Appellee.**

---

**On Appeal from the 348th District Court
of Tarrant County, Texas.**

---

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Garza and Vela
Memorandum Opinion Per Curiam**

Appellant, Texas Association of Women's Clubs, perfected an appeal from a judgment rendered against it in favor of appellee, Howard Construction Co. On July 30, 2012, the Clerk of this Court notified appellant that the clerk's record in the above cause was originally due on July 26, 2012, and that the district clerk, Sandy Carter, had notified this Court that appellant failed to make arrangements for payment of the clerk's record.

The Clerk of this Court notified appellant of this defect so that steps could be taken to correct the defect, if it could be done.   *See* TEX. R. APP. P. 37.3, 42.3(b),(c).   Appellant was advised that, if the defect was not corrected within ten days from the date of receipt of the Court's notice, the appeal would be dismissed for want of prosecution.

Appellant has failed to respond to this Court's notice.   Accordingly, the appeal is DISMISSED FOR WANT OF PROSECUTION.   *See* TEX. R. APP. P. 42.3(b), (c).

PER CURIAM

Delivered and filed the
30th day of August, 2012.